Mark T. Domeyer, Esq.
CA Bar No. 135008
MILES, BAUER, BERGSTROM & WINTERS, LLP
1231 E. Dyer Road, Suite 100
Santa Ana, CA 92705
(714) 481-9100 / FAX (714) 481-9144
File No. 09-07247

Attorneys for Secured Creditor
BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HME LOANS SERVICING, LP

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| In Re, <br> DANUT DRAGOMIR AND GABRIELA DRAGOMIR, <br><br> Debtor(s). | BK No.: 09-45996 RN <br><br> Chapter 13 <br><br> **NOTICE OF CHANGE OF ADDRESS** |

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

PLEASE TAKE NOTICE that the address for the above-referenced attorney for Secured Creditor, BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HME LOANS SERVICING, LP, has changed to:

MILES, BAUER, BERGSTROM & WINTERS, LLP
1231 E. Dyer Road, Suite 100
Santa Ana, CA 92705

Dated: 04/01/10            MILES, BAUER, BERGSTROM & WINTERS, LLP

                           By:    /s/ Mark T. Domeyer
                                  Mark T. Domeyer, Esq.
                                  Attorney for Secured Creditor

(09-07247/ndcoa.dot/mi)