```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | No. 09-45996 WJL |
| **DANUT DRAGOMIR and GABRIELA DRAGMIR,** | Chapter 13 |
| Debtors. | **EX PARTE APPLICATION FOR LIEN STRIP FEE; TRUSTEE'S CONSENT** |

The undersigned hereby applies for an order as follows:

1. I am counsel for the above-captioned Debtors.

2. On May 26, 2011, the court entered the order valuing the lien of CitiMortgage, Inc. as successor in interest to Countrywide Home Loans Inc.

3. Debtors' counsel prays for an order allowing the additional flat fee of $1,500.00, to be paid through Debtors' Chapter 13 plan.

```
Dated: May 31, 2011                       /s/ Patrick L. Forte
                                          PATRICK L. FORTE
                                          Attorney for Debtors
```

**Trustee's Consent**

I consent to the above application.

```
Dated: June 22, 2011                      /s/ Martha G. Bronitsky
                                          MARTHA G. BRONITSKY
                                          Chapter 13 Trustee
```